Case 1:16-cv-00897-TSE-MSN Document 1-1 Filed 07/14/16 Page 1 of 1 PageID# 11



