```
Court Name: United States District Court
Division: 1
Receipt Number: 14683060350
Cashier ID: rbroaden
Transaction Date: 07/14/2016
Payer Name: VICTOR GLASBERG
----------------------------------------
CIVIL FILING FEE
 For: VICTOR GLASBERG
 Amount:      $400.00
----------------------------------------
CHECK
 Remitter: VICTOR GLASBERG
 Check/Money Order Num: 21580
 Amt Tendered: $400.00
----------------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

FILING FEE
116CV897
```