UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| MONA LISA BERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. #1:16-cv-897 (TSE/MSN) |
| | ) |
| TARGET CORPORATION, | ) |
| | ) |
| and | ) |
| | ) |
| JONAS GARCIA, | ) |
| | ) |
| Defendant. | ) |

___

MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
___

Maxwelle C. Sokol, #89589
Victor M. Glasberg, #16184
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
(703) 684-1100 / Fax: 703-684-1104
msokol@robinhoodesq.com

Counsel for Plaintiff