UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| MONA LISA BERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. #1:16-cv-897 (TSE/MSN) |
| | ) |
| TARGET CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

PRAECIPE

The clerk will please submit the attached consent order for dismissal to the court for entry.

Respectfully submitted,

MONA LISA BERRY,

By counsel

Dated:   November 1, 2016

Counsel for Plaintiff:

| | |
|---|---|
| //s// Victor M. Glasberg | Matthew T. Sutter, #66741 |
| Victor M. Glasberg, #16184 | Wade, Friedman & Sutter, P.C. |
| Maxwelle C. Sokol, #89589 | 616 North Washington Street |
| Victor M. Glasberg & Associates | Alexandria, VA 22314 |
| 121 S. Columbus Street | 703-836-9030 / Fax: 703-683-1543 |
| Alexandria, VA  22314 | sutter@oldtownlawyers.com |
| (703) 684-1100 / Fax: 703-684-1104 | |
| vmg@robinhoodesq.com | |

**BerryMona\Pleadings\Pcp-ConsentDismissalOrder**
/s/ Matthew T. Sutter

<u>Certificate of Service</u>

      I, Victor M. Glasberg, hereby certify that on this 1st day of November 2016, I electronically filed the foregoing Praecipe with the clerk of the court.

                                                   <u>//s// Victor M. Glasberg</u>
                                                   Victor M. Glasberg, #16184
                                                   Victor M. Glasberg & Associates
                                                   121 S. Columbus Street
                                                   Alexandria, VA  22314
                                                   (703) 684-1100 / Fax: 703-684-1104
                                                   vmg@robinhoodesq.com

                                                 Counsel for Plaintiff