UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| MONA LISA BERRY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. #1:16-cv-897 (TSE/MSN) |
| | ) |
| TARGET CORPORATION, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

CONSENT DISMISSAL ORDER

On consideration of the representation of the parties that they have resolved the issues giving rise to this lawsuit, this case is hereby dismissed with prejudice, each side to bear its own costs.

Dated:  November \_\_\_\_, 2016                    _____
                                                                                            United States District Judge

Seen and agreed:

//s// Victor M. Glasberg                                              Dated:  October 24, 2016
Victor M. Glasberg, #16184
  Counsel for plaintiff
BerryMona\Pleadings\ConsentDismissalOrder

//s// J. Derek Turrietta                                               Dated: October 24, 2016
J. Derek Turrietta, #35233
  Counsel for defendants